**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE HERTZ CORPORATION and HERTZ GLOBAL HOLDINGS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARK FRISSORA, ELYSE DOUGLAS, and JOHN JEFFREY ZIMMERMAN, <br><br> *Defendants*. | Case No.: 2:19-cv-08927 <br><br> Hon. Esther Salas, U.S.D.J. <br> Hon. Cathy L. Waldor, U.S.M.J. <br><br><br> Civil Action |

**STIPULATION AND ORDER FURTHER EXTENDING FILING**
**DEADLINE FOR SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, AND SO ORDERED, that Hertz's deadline to amend the Complaint shall be extended from April 27, 2020 to May 12, 2020, so as to permit Hertz additional time to seek to amend its pleading in ways that exceed the current leave to amend that has been granted by the Court. Defendants reserve their right to object to any motion to amend the Complaint other than what was previously ordered by the Court.

Dated: April 24, 2020

| | |
|---|---|
| GORDON & REES LLP<br>*Attorneys for Plaintiffs* | WALSH PIZZI O'REILLY FALANGA<br>*Attorneys for Defendant John J. Zimmerman* |
| By: *s/Douglas E. Motzenbecker*<br>   Douglas E. Motzenbecker<br>   18 Columbia Turnpike – Suite 220<br>   Florham Park, New Jersey 07032<br>   1-973-549-2514 | By: *s/Joseph L. Linares*<br>   Joseph L. Linares<br>   1037 Raymond Blvd. – Suite 600<br>   Newark, New Jersey 07102<br>   1-973-757- 1100 |

LOWENSTEIN SANDLER LLP
*Attorneys for Defendants Mark Frissora*

By:    s/*Gavin J. Rooney*
   Gavin J. Rooney
   One Lowenstein Drive
   Roseland, New Jersey 07068
   1-973-597-2500

SO ORDERED:

   *//s Cathy L. Waldor*                    **DATED: 4-28-20**
   Hon. Cathy L. Waldor, U.S.M.J.