# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HERTZ CORPORATION and HERTZ GLOBAL HOLDINGS, INC., | Case No. 2:19-cv-08927 |
| *Plaintiffs*, | Honorable Esther Salas, U.S.D.J. |
| | Honorable Cathy L. Waldor, U.S.M.J. |
| v. | |
| MARK FRISSORA and JOHN JEFFREY ZIMMERMAN, | Civil Action |
| *Defendants*. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs The Hertz Corporation and Hertz Global Holdings, Inc. (collectively, "Hertz"), by and through their undersigned counsel, and Defendant John Jeffrey Zimmerman ("Zimmerman"), by and through his undersigned counsel, hereby file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Hertz and Zimmerman have reached an agreement to settle all their respective claims and defenses in the above civil action. Accordingly, Hertz and Zimmerman hereby jointly stipulate to dismiss Zimmerman from this action in its entirety with prejudice. Hertz and Zimmerman shall each bear their respective fees and costs.

Dated: January 24, 2022

Respectfully submitted,

<table>
<tr><td>

GORDON & REES LLP

By: *s/Douglas E. Motzenbecker*
    Douglas E. Motzenbecker
    18 Columbia Turnpike – Suite 220
    Florham Park, New Jersey 07932
    973-549-2500 (main)
    973-549-2514 (direct)
    862-432-2678 (mobile)
    973-377-1911 (fax)
    dmotzenbecker@grsm.com

    Herbert Beigel
    LAW OFFICES OF HERBERT BEIGEL
    5641 N. Chieftan Trail
    Tucson, Arizona 85750
    520-825-1995
    520-869-5836 (mobile)
    520-844-6215 (fax)
    hbeigel@me.com
    *Admitted pro hac vice*

    Robert Viducich
    LAW OFFICE OF ROBERT R. VIDUCICH
    40 Wall Street, 28th Floor
    New York, New York 10005
    Tel: (212) 400-7135
    rviducich@rrvlaw.com
    *Admitted pro hac vice*

    *Attorneys for Plaintiffs*

</td><td>

WALSH PIZZI O'REILLY FALANGA LLP

*s/Liza M. Walsh*
Liza M. Walsh
Tricia B. O'Reilly
Joseph L. Linares
Three Gateway Center
100 Mulberry Street, Floor 15
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Of counsel:*

Vincent J. Connelly (admitted *pro hac vice)*
J. Gregory Deis (admitted *pro hac vice*)
Sara Norval (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 782-0600

*Attorneys for Defendant J. Jeffrey Zimmerman*

</td></tr>
</table>