**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE HERTZ CORPORATION and HERTZ GLOBAL HOLDINGS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARK FRISSORA, ELYSE DOUGLAS, and JOHN JEFFREY ZIMMERMAN, <br><br> *Defendants*. | Case No.: 2:19-cv-08927 <br><br> Hon. Evelin Padin, U.S.D.J. <br> Hon. Cathy L. Waldor, U.S.M.J. <br><br> Civil Action |

---

**NOTICE OF APPEAL**

---

TO:   Melissa E. Rhoads, Clerk
      UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW JERSEY
      50 Walnut Street
      Newark, New Jersey 07101

Dear Madam:

PLEASE TAKE NOTICE, that Plaintiffs The Hertz Corporation and Hertz Global Holdings, Inc. hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered on June 26, 2023 by Hon. Evelyn Padin, U.S.D.J., *see* ECF No. 313, which granted Defendant Mark Frissora's motion for summary judgment, dismissed the Second Amended Complaint, and denied Plaintiffs' motion for partial summary judgment, and from all underlying related orders.

1

2

GORDON & REES LLP
*Attorneys for Plaintiffs*
*The Hertz Corporation and Hertz Global Holdings, Inc.*


By: *s/Douglas E. Motzenbecker*
Douglas E. Motzenbecker
dmotzenbecker@grsm.com
18 Columbia Turnpike - Suite 220
Florham Park, New Jersey 07032
1-973-549-2500 (main)
1-973-549-2514 (direct)
1-973-377-1911 (facsimile)

*Of Counsel*

Herbert Beigel
*Appearing pro hac vice*
hbeigel@me.com
LAW OFFICES OF HERBERT BEIGEL
5641 N. Chieftan Trail
Tucson, Arizona 85750
1-520-825-1995 (office)
1-520-869-5836 (mobile)
1-520-844-6215 (efax)

- and -

Robert Viducich
*Appearing pro hac vice*
rviducich@rrvlaw.com
LAW OFFICE OF ROBERT R. VIDUCICH
40 Wall Street - 28th Floor
New York, New York 10005
1-212-400-7135 (office)
1-917-923-5195 (mobile)